**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **J & S Concepts LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA Party Fowl** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-3192361** |
| **4.** | **Debtor's address** | **Principal place of business**  **719 8th Avenue South**  **Nashville, TN 37203**  Number, Street, City, State & ZIP Code  **Davidson**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor: **J & S Concepts LLC**
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | **J & S Concepts LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**  Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **J & S Concepts LLC**     Case number (*if known*)
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | J & S Concepts LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 9, 2024**
MM / DD / YYYY

**X /s/ Austin Smith**                             **Austin Smith**
Signature of authorized representative of debtor     Printed name

Title **Authorized Member**

**18. Signature of attorney**

**X /s/ Denis Graham "Gray" Waldron**                Date **January 9, 2024**
Signature of attorney for debtor                     MM / DD / YYYY

**Denis Graham "Gray" Waldron**
Printed name

**Dunham Hildebrand, PLLC**
Firm name

**2416 21st Avenue South, Suite 303**
**Nashville, TN 37212**
Number, Street, City, State & ZIP Code

Contact phone **629 777 6519**      Email address **gray@dhnashville.com**

**030391 TN**
Bar number and State

| | | |
|---|---|---|
| Debtor | **J & S Concepts LLC** | Case number (*if known*) |
| | Name | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Party Fowl Cool Springs LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | |
| Debtor | **Party Fowl Destin LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | |
| Debtor | **Party Fowl Donelson LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | |
| Debtor | **Party Fowl Hamilton Place LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | |
| Debtor | **Party Fowl Murfreesboro LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | J & S Concepts LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2620 Associates LP<br>103 Continental Place, Suite 200<br>Brentwood, TN 37027 | | Commercial lease (Donelson) | | | | $102,810.66 |
| A+ Parking Services, LLC<br>128 Captains Circle<br>Hendersonville, TN 37075 | | | | | | $0.00 |
| AAA Sign Me Up, LLC<br>2210 Dunn Ave<br>Nashville, TN 37211 | | | | | | $0.00 |
| Accident Fund<br>PO Box 734928<br>Chicago, IL 60673-4928 | | | | | | $0.00 |
| ADT Security<br>PO Box 219044<br>Kansas City, MO 64121-9044 | | | | | | $0.00 |
| Ajax<br>4010 Centerpointe Dr<br>Lavergne, TN 37086 | | | | | | $0.00 |
| Aramark<br>PO Box 731676<br>Dallas, TX 75373-1676 | | | | | | $0.00 |
| Athens<br>3001 Owen Drive<br>Antioch, TN 37013-2414 | | | | | | $0.00 |
| Bank of America<br>Attn: Officer<br>PO Box 982234<br>El Paso, TX 79998 | | Credit card | | | | $0.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

| Debtor | J & S Concepts LLC | | Case number *(if known)* | |
|--------|--------------------|---|--------------------------|---|
|        | Name               |   |                          |   |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank of America**<br>**Attn: Officer**<br>**PO Box 982234**<br>**El Paso, TX 79998** | | **Credit card** | | | | $5,436.47 |
| **Bank of America**<br>**Attn: Officer**<br>**PO Box 982234**<br>**El Paso, TX 79998** | | **Credit card** | | | | $12,541.94 |
| **BeCool LLC**<br>**PO Box 60657**<br>**Nashville, TN 37206** | | **Lease purchase** | **Contingent Unliquidated Disputed** | | | $1,459,000.00 |
| **Crowell Capital Partners, GP**<br>**1801 8th Avenue South, Suite 400**<br>**Nashville, TN 37204** | | **Alternative lease** | | | | $18,316.10 |
| **Equity Corporation LLC**<br>**1300 Division Street, Suite 100**<br>**Nashville, TN 37203** | | **Commercial lease** | | | | $20,000.00 |
| **Studio Bank**<br>**124 12th Avenue South, Suite 400**<br>**Nashville, TN 37203** | | **UCC Doc 436687737 (blanket lien)** | | $1,542,801.77 | $0.00 | $1,542,801.77 |
| **TN Department of Revenue**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | | **Taxes (sales and use)** | | | | $31,783.70 |
| **TN Department of Revenue**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | | **Taxes (liquor)** | | | | $9,486.00 |
| **Toast Capital**<br>**401 Park Drive, Suite 801**<br>**Boston, MA 02215** | | | | | | $260,504.00 |
| **Unique Funding Solutions LLC**<br>**71 South Central Avenue, 2nd Floor**<br>**Valley Stream, NY 11580** | | | | | | $355,909.08 |
| **VOX Funding**<br>**100 Park Avenue, 26th Floor**<br>**New York, NY 10017** | | | | | | $537,115.30 |

```
J & S CONCEPTS LLC
719 8TH AVENUE SOUTH
NASHVILLE TN 37203

DENIS GRAHAM "GRAY" WALDRON
DUNHAM HILDEBRAND, PLLC
2416 21ST AVENUE SOUTH, SUITE 303
NASHVILLE, TN 37212

2620 ASSOCIATES LP
103 CONTINENTAL PLACE, SUITE 200
BRENTWOOD TN 37027

A+ PARKING SERVICES, LLC
128 CAPTAINS CIRCLE
HENDERSONVILLE TN 37075

AAA SIGN ME UP, LLC
2210 DUNN AVE
NASHVILLE TN 37211

ACCIDENT FUND
PO BOX 734928
CHICAGO IL 60673-4928

ADT SECURITY
PO BOX 219044
KANSAS CITY MO 64121-9044

AJAX
4010 CENTERPOINTE DR
LAVERGNE TN 37086

ARAMARK
PO BOX 731676
DALLAS TX 75373-1676

ATHENS
3001 OWEN DRIVE
ANTIOCH TN 37013-2414

BANK OF AMERICA
ATTN: OFFICER
PO BOX 982234
EL PASO TX 79998

BANK OF AMERICA
PO BOX 15796
WILMINGTON DE 19866-5796

BAR ALLIANCE NASHVILLE LLC
PO BOX 764
MADISON TN 37116
```

BECOOL LLC
PO BOX 60657
NASHVILLE TN 37206

BEST BRANDS
7337 COCKRILL BEND BLVD
NASHVILLE TN 37209

BLUECROSS BLUESHIELD OF TENNESSEE
GROUP RECEIPTS DEPT
PO BOX 6539
CAROL STREAM IL 60197-6539

BORDEN SOUTHERN DISTRIBUTION, LLC
1603 SOLITUDE CT
SPRING HILL TN 37174

BOUNTY BEV
414 HARDING INDUSTRIAL DR
NASHVILLE TN 37211

CHARPIER'S BAKERY
109 DULUTH AVENUE
NASHVILLE TN 37209

CINTAS
3400 BRILEY PARK BLVD N
NASHVILLE TN 37207

CLEAR CHANNEL
PO BOX 847247
DALLAS TX 75284

COLLABORATIVE STUDIO
630-D SOUTHGATE AVENUE
NASHVILLE TN

COMCAST
1701 JFK BLVD
ATTN: BUSINESS SERVICES
PHILADELPHIA PA 19103-2838

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD IL 62708

COZZINI BROS., INC
350 HOWARD AVE
DES PLAINES IL 60018

CREATION GARDENS
P.O. BOX 950301
LOUISVILLE KY 40295-0301

```
CROWELL CAPITAL PARTNERS, GP
1801 8TH AVENUE SOUTH, SUITE 400
NASHVILLE TN 37204

DET BEVERAGES
301 GREAT CIRCLE RD
NASHVILLE TN 37228

DIRECTV
PO BOX 5006
CAROL STREAM IL 60197

DONELSON AIR
2930 SIDCO DRIVE
NASHVILLE TN 37204

DOOR TECH OF NASHVILLE
1288 LEWIS ST
NASHVILLE TN 37210

ECOLAB INC
PO BOX 32027
NEW YORK NY 10087

ECOLAB PEST ELIMINATION
655 LONE OAK DRIVE
ATTN: CREDIT, BLDG A1
EAGAN MN 55121

EMPIRE
3851 INDUSTRIAL PARKWAY
NASHVILLE TN 37218

EQUITY CORPORATION LLC
1300 DIVISION STREET, SUITE 100
NASHVILLE TN 37203

FRESH COMMERCE
1001 WEST KIRKLAND AVE.
NASHVILLE TN 37216

GORDON CLEANING COMPANY
101 SPADE LEAF BLVD
APT 1012
HENDERSONVILLE TN 37075

GRINON INDUSTRIES, LLC
7649 WINTON DRIVE
INDIANAPOLIS IN 46268

HILLER LLC
915 MURFREESBORO PIKE
NASHVILLE TN 37217
```

```
HOODZ OF NASHVILLE
111 SPACE PARK S DR
NASHVILLE TN 37211

JOE B SULLIVAN & SONS PLUMBING INC
292 HERMITAGE AVENUE
NASHVILLE TN 37210

KAHLUA BAY
PO BOX 100356
NASHVILLE TN 37224

KICKIN' COFFEE & TEA
1202 SOUTH GRAYCROFT AVE
MADISON TN 37115

LBMC TECHNOLOGY SOLUTIONS, LLC
PO BOX 1869
BRENTWOOD TN 37024

LIPMAN BROTHERS
2815 BRICK CHURCH PIKE
NASHVILLE TN 37207

MERRITT PROFESSIONAL SERVICES


METRO WATER
1700 3RD AVE
NASHVILLE TN 37208

MOBILE FIXTURE AND EQUIPMENT CO, INC
1155 MONTLIMAR DRIVE
MOBILE AL 36609

MOOD MEDIA
PO BOX 71070
CHARLOTTE NC 27282-1070

MOXIE PRINT MARKET
1302C DIVISION STREET
NASHVILLE TN 37203

NASHVILLE CONVENTION & VISITOR CORP
500 11TH AVE NORTH
SUITE 650
NASHVILLE TN 37203

NASHVILLE ELECTRIC SERVICE
PO BOX 305099
NASHVILLE TN 37203-5099

NEWLANE FINANCE COMPANY
PO BOX 7358
PHILADELPHIA PA 19101
```

ONSITE ENVIRONMENTAL
1421 BAPTIST WORLD CENTER DR
NASHVILLE TN 37207

PARTY FOWL DONELSON LLC
719 8TH AVENUE SOUTH
NASHVILLE TN 37203

PEPSI BEVERAGE COMPANY
75 REMITTANCE DR
SUITE #1884
CHICAGO IL 60675-1884

PERFORMANCE FOOD GROUP
PO BOX 931986
ATLANTA GA 31193-1986

PIEDMONT NATURAL GAS
PO BOX 33068
CHARLOTTE NC 28233

PROPHET PLUMBING
721 SAY BROOK CIRCLE
NASHVILLE TN 37221

PYE-BARKER FIRE & SAFETY, LLC
701 2ND AVE N
NASHVILLE TN 37201-1005

R.L. SCHREIBER
2745 WEST CYPRESS CREEK RD
SUITE B
FT LAUDERDALE FL 33309

RESTAURANT TECHNOLOGIES, INC
12962 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

REWARDS NETWORK
540 WEST MADISON STREET, SUITE 2400
CHICAGO IL 60661

RICK'S REFRIGERATION, LLC
982 WALLER ROAD
BRENTWOOD TN 37027

ROBINS INSURANCE AGENCY
11 MUSIC CIRCLE S
NASHVILLE TN 37203

SERVIS 1ST BANK
PO BOX 1508
BIRMINGHAM AL 35201

SOCIETY INSURANCE
150 CAMELOT DRIVE
PO BOX 1029
FOND DU LAC WI 54936-1029

SOMETHING INKED LLC
1018 ELM HILL PIKE
NASHVILLE TN 37210

STUDIO BANK
124 12TH AVENUE SOUTH, SUITE 400
NASHVILLE TN 37203

SUREMARK SIGNS
1134 MURFREESBORO PIKE
SUITE B
NASHVILLE TN 37217

SYSCO
1390 ENCLAVE PARKWAY
HOUSTON TX 77077

SYSCO NASHVILLE
ONE HERMITAGE PLAZA
NASHVILLE TN 37209

TEACHERFINDR INC DBA TUTORUP
PO BOX 121134
NASHVILLE TN 37212

TENNESSEE TITANS
PO BOX 281228
NASHVILLE TN 37228

TN ATTORNEY GENERAL'S OFFICE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 20207
NASHVILLE TN 37202

TN DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

TOAST CAPITAL
401 PARK DRIVE, SUITE 801
BOSTON MA 02215

TRAVELERS INSURANCE
TRAVELERS CL REMITTANCE CENTER
PO BOX 660317
DALLAS TX 75266-0317

ULINE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO IL 60680-1741

UNIQUE FUNDING SOLUTIONS LLC
71 SOUTH CENTRAL AVENUE, 2ND FLOOR
VALLEY STREAM NY 11580

US SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET, SUITE 320
BIRMINGHAM AL 35203

VOLUNTEER WELDING SUPPLY
815 REP JOHN LEWIS WAY S
NASHVILLE TN 37203

VOX FUNDING
100 PARK AVENUE, 26TH FLOOR
NEW YORK NY 10017

WALLER LANSDEN DORTCH & DAVIS, LLP
PO BOX 198966
NASHVILLE TN 37219-8966

WEBBANK
215 SOUTH STATE STREET, SUITE 1000
SALT LAKE CITY UT 84111

# United States Bankruptcy Court
## Middle District of Tennessee

In re **J & S Concepts LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **J & S Concepts LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 9, 2024**  
Date

**/s/ Denis Graham "Gray" Waldron**  
**Denis Graham "Gray" Waldron**  
Signature of Attorney or Litigant  
Counsel for **J & S Concepts LLC**  
**Dunham Hildebrand, PLLC**  
**2416 21st Avenue South, Suite 303**  
**Nashville, TN 37212**  
**629 777 6519 Fax:615 777 3765**  
**gray@dhnashville.com**