# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | Case Numbers |
| **J & S CONCEPTS LLC;** | ) | 3:24-bk-00066 |
| **PARTY FOWL COOL SPRINGS LLC;** | ) | 3:24-bk-00067 |
| **PARTY FOWL DESTIN LLC;** | ) | 3:24-bk-00068 |
| **PARTY FOWL DONELSON LLC;** | ) | 3:24-bk-00069 |
| **PARTY FOWL HAMILTON PLACE LLC;** | ) | 3:24-bk-00070 |
| **PARTY FOWL MURFREESBORO LLC;** | ) | 3:24-bk-00071 |
| | ) | |
| Debtors. | ) | Judge Randal S. Mashburn |
| | ) | |
| | ) | JOINT ADMINISTRATION |
| | ) | REQUESTED |

## ORDER SETTING EXPEDITED HEARING ON (A) EXPEDITED MOTION FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES AND (B) EXPEDITED MOTION FOR AUTHORIZATION TO PAY PRE-PETITION WAGES AND BENEFITS

THIS MATTER IS BEFORE THE COURT upon the following motions (collectively, the "Expedited Motions") filed by the above-referenced Debtors:

1. *Expedited Motion for Entry of Order Directing Joint Administration of the Debtors' Chapter 11 Cases*.

2. *Expedited Motion for Authorization to Pay Pre-Petition Wages and Benefits*.

It appearing to the satisfaction of the Court that good cause exists to set an expedited hearing on the Expedited Motions, it is hereby **ORDERED** as follows:

3. The Court will conduct a hearing on the Expedited Motions on _____, 2024, at _____ _.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, Tennessee 37203.

1

4. The deadline to object to the Expedited Motions is _____, 2024.

5. The Debtors shall serve a copy of this Order in the manner set forth in Paragraph 3 of each of the Expedited Motions immediately upon entry thereof.

6. Service of the Expedited Motions and this Order as ordered above satisfies the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, and the Local Bankruptcy Rules.

IT IS SO ORDERED.

> THIS ORDER WAS SIGNED AND ENTERED
> ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.

APPROVED FOR ENTRY:

/s/ Henry E. ("Ned") Hildebrand, IV
R. Alex Payne
Gray Waldron
Henry E. ("Ned") Hildebrand IV
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, Tennessee 37212
629.777.6539
alex@dhnashville.com
gray@dhnashville.com
ned@dhnashville.com
*Counsel for Debtors*