_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 1/11/2024



# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| J & S Concepts LLC, | ) | Case No. 3:24-bk-00066 |
| Party Fowl Cool Springs LLC, | ) | |
| Party Fowl Destin LLC, | ) | Chapter 11, Subchapter V |
| Party Fowl Donelson LLC, | ) | Judge Randal S. Mashburn |
| Party Fowl Hamilton Place LLC, and | ) | |
| Party Fowl Murfreesboro LLC, | ) | (Jointly Administered)[1] |
| | ) | |
| Debtors. | ) | |

## ORDER PROVISIONALLY GRANTING JOINT ADMINISTRATION

The above-captioned debtors ("Debtors") have each filed a bankruptcy case under Chapter 11, Subchapter V of the Bankruptcy Code. They have requested to have their cases jointly administrated. Their motion is granted as follows:

1. Joint administration is granted on a provisional basis with J & S Concepts LLC, Case No. 24-0066, designated as the lead case. Any party seeking reconsideration of this order shall file a motion requesting such relief within 21 days of entry of this order. In that event, a hearing will be promptly scheduled. Otherwise, the cases will remain administratively consolidated until further order of the Court.

2. The joint administration is solely for administrative convenience and efficiency, allowing filings to be made in the lead case without duplication in the other

---

[1] The Debtors' respective tax identification numbers (last four digits) and case numbers are: J & S Concepts LLC, Tax ID No. 2361, at Case No. 24-0066; Party Fowl Cool Springs LLC, Tax ID No. 0522, at Case No. 24-0067; Party Fowl Destin LLC, Tax ID No. 4062, at Case No. 24-0068; Party Fowl Donelson LLC, Tax ID No. 4323, at Case No. 24-0069; Party Fowl Hamilton Place LLC, Tax ID No. 4514, at Case No. 24-0070; and Party Fowl Murfreesboro LLC, Tax ID No. 8304, at Case No. 24-0071. All filings except proofs of claim are to be filed in the lead case of J & S Concepts LLC. Proofs of claims shall be filed under the case number of the Debtor(s) alleged to owe the debt.

cases. Nothing in this order shall be construed as having any implication for substantive consolidation, future distributions, consideration of any joint plan, or any other matter affecting the substantive rights of creditors and parties in interest. The joint administration shall not affect the Debtors' requirements for filing monthly operating reports and paying fees to the United States Trustee.

3. This order shall be entered in all jointly administered cases. Other than proofs of claims, as provided in paragraph 7 below, all subsequent filings shall be filed only in the lead case. The case style for all filings should be substantially the same as the style of this order, including the footnote with reference to all Debtors' tax identification numbers and case numbers, and the information about joint administration procedures. (Debtors' addresses are not required in the style or footnote.)

4. If any filing relates to only one of the Debtors, this should be reflected in the caption of the filing. For example:

> MOTION TO APPROVE SALE OF PROPERTY
> (Relates Only to _____.)

5. The Debtors shall maintain, and the Bankruptcy Court shall keep, one consolidated service list for the jointly administered cases. Any notice required to be served upon all creditors must be served on all creditors of all Debtors. Any notice that requires notice to the 20 largest unsecured creditors must include the 20 largest unsecured creditors of each Debtor.

6. Notwithstanding the joint administration of the case dockets, the claims registers for each Debtor shall be kept separate. Proofs of claims shall be filed under the case number of the Debtor(s) alleged to owe the debt.

7. Debtors shall serve this Order electronically or U.S. mail, as appropriate, upon all parties to whom the motion for joint administration was served.

IT IS SO ORDERED.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.