☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 6, 2024**     X */s/ Austin Smith*
                                            Signature of individual signing on behalf of debtor

                                            **Austin Smith**
                                            Printed name

                                            **Authorized Member**
                                            Position or relationship to debtor

Debtor name **J & S Concepts LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:24-bk-00066**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $ _____0.00_____

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................... $ _____720,865.71_____

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................. $ _____720,865.71_____

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ ____1,823,808.45____

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____168,299.04_____

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ ____3,804,187.62____

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b

   $ ____5,796,295.11____

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor name | **J & S Concepts LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | **3:24-bk-00066** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | **$4,512.78** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **9416** | **$4,397.87** |
| 3.2. | **Studio Bank** | **Checking** | **5314** | **$760.25** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                        **$9,670.90**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.

☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Food, drink, dry goods, paper goods (see attached exhibit).** | | **$0.00** | | **$19,714.03** |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**
        Add lines 19 through 22.  Copy the total to line 84.              | **$19,714.03** |

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See attached exhibit.** | **$0.00** | | **Unknown** |

**51.** **Total of Part 8.**                                                                      **$0.00**

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark to "Party Fowl"** | **$0.00** | | **$0.00** |
| **Trademark to "Poultrygeist"** | **$0.00** | | **$0.00** |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---:|
| | **$0.00** |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:     All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

        **Loan to Harry Jacobson (insider)**                                    **$251,000.00**

        **Loan to ASA Ventures (insider)**                                      **$440,480.78**

78.     **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---:|
| | **$691,480.78** |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,670.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $19,714.03 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $691,480.78 | |
| 91. **Total.** Add lines 80 through 90 for each column | $720,865.71 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $720,865.71 |

Debtor name **J & S Concepts LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:24-bk-00066**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1 Corporation Service Company**
Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC Doc 433813650 (blanket lien)**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | $0.00 |
| --- | --- |

**2.2 Metropolitan Government**
Creditor's Name

Nashville & Davidson Co.
PO Box 196300
Nashville, TN 37219
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**ECF Claim No. 1 (2022 personalty taxes)**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $2,856.17 | $0.00 |
| --- | --- |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Metropolitan Government** | Describe debtor's property that is subject to a lien | $2,215.04 | $0.00 |

Creditor's Name

**Nashville & Davidson Co.**
**PO Box 196300**
**Nashville, TN 37219**
Creditor's mailing address

**ECF Claim No. 2 (2022 property taxes)**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Studio Bank** | Describe debtor's property that is subject to a lien | $1,542,801.77 | $0.00 |

Creditor's Name

**124 12th Avenue South,**
**Suite 400**
**Nashville, TN 37203**
Creditor's mailing address

**UCC Doc 436687737 (blanket lien)**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Sysco Nashville** | Describe debtor's property that is subject to a lien | $8,128.71 | $0.00 |

Creditor's Name

**One Hermitage Plaza**
**Nashville, TN 37209**
Creditor's mailing address

**UCC Doc 421647873 (blanket lien)**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 4

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

□ No

**Last 4 digits of account number**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

| 2.6 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**UCC Doc 432627935 (blanket lien)**

**2 North 20th Street, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

| 2.7 | **WebBank** | **Describe debtor's property that is subject to a lien** | **$267,806.76** | **$0.00** |

Creditor's Name

**ECF Claim No. 5; UCC Doc 439025983 (blanket lien)**

**401 Park Drive, Suite 801**
**Boston, MA 02115**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,823,808.4**

| Debtor | **J & S Concepts LLC** | Case number (*if known*) | **3:24-bk-00066** |
|---|---|---|---|
| | Name | | |

| | **5** |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Exo Legal PLLC**<br>**PO Box 121616**<br>**Nashville, TN 37212** | Line **2.4** | |

Debtor name  **J & S Concepts LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  **3:24-bk-00066**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168,299.04** | **Unknown** |
|---|---|---|---|---|
| | **TN Department of Revenue**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ECF Claim No. 7** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

53196

Case 3:24-bk-00066   Doc 41   Filed 02/06/24   Entered 02/06/24 20:51:48   Desc Main
Document      Page 13 of 39

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,449.27** |
|---|---|---|---|
| | **2620 Associates LP** | ☐ Contingent | |
| | **103 Continental Place, Suite 200** | ☐ Unliquidated | |
| | **Brentwood, TN 37027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Commercial lease (Donelson)__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|
| | **A+ Parking Services, LLC** | ☐ Contingent | |
| | **128 Captains Circle** | ☐ Unliquidated | |
| | **Hendersonville, TN 37075** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,716.75** |
|---|---|---|---|
| | **AAA Sign Me Up, LLC** | ☐ Contingent | |
| | **2210 Dunn Ave** | ☐ Unliquidated | |
| | **Nashville, TN 37211** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,562.00** |
|---|---|---|---|
| | **Accident Fund** | ☐ Contingent | |
| | **PO Box 734928** | ☐ Unliquidated | |
| | **Chicago, IL 60673-4928** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __0087__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ADT Security** | ☐ Contingent | |
| | **PO Box 219044** | ☐ Unliquidated | |
| | **Kansas City, MO 64121-9044** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Ajax** | ☐ Contingent | |
| | **4010 Centerpointe Dr** | ☐ Unliquidated | |
| | **Lavergne, TN 37086** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Aramark** | ☐ Contingent | |
| | **PO Box 731676** | ☐ Unliquidated | |
| | **Dallas, TX 75373-1676** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __4913__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114,000.00** |
|---|---|---|---|
| | **ASA Ventures**<br>**6000 Highway 100**<br>**Nashville, TN 37205** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ■ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$893.08** |
|---|---|---|---|
| | **Ascap**<br>**2 Music Square West**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Athens**<br>**3001 Owen Drive**<br>**Antioch, TN 37013-2414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bank of America**<br>**Attn: Officer**<br>**PO Box 982234**<br>**El Paso, TX 79998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice only__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,511.00** |
|---|---|---|---|
| | **Bar Alliance Nashville LLC**<br>**PO Box 764**<br>**Madison, TN 37116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,459,000.00** |
|---|---|---|---|
| | **BeCool LLC**<br>**PO Box 60657**<br>**Nashville, TN 37206** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Lease purchase__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Best Brands**<br>**7337 Cockrill Bend Blvd**<br>**Nashville, TN 37209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:24-bk-00066    Doc 41    Filed 02/06/24    Entered 02/06/24 20:51:48    Desc Main
Document      Page 15 of 39

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BlueCross BlueShield of Tennessee**
**Group Receipts Dept**
**PO Box 6539**
**Carol Stream, IL 60197-6539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,251.31 |
|---|---|---|---|

**Borden Southern Distribution, LLC**
**1603 Solitude Ct**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bounty Bev**
**414 Harding Industrial Dr**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charpier's Bakery**
**109 Duluth Avenue**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cintas**
**3400 Briley Park Blvd N**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Clayton D. Knox**
**3104 Charles Park Drive**
**Nashville, TN 37211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Promissory note (Party Fowl, Inc.)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,011.82 |
|---|---|---|---|

**Clear Channel Outdoor**
**PO Box 847247**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J & S Concepts LLC** | Case number (if known) | **3:24-bk-00066** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|---|

**Collaborative Studio**
**630-D Southgate Avenue**
**Nashville, TN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$283.74** |
|---|---|---|---|

**Comcast**
**1701 JFK Blvd**
**Attn: Business Services**
**Philadelphia, PA 19103-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8839**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.08** |
|---|---|---|---|

**Comcast**
**1701 JFK Blvd**
**Attn: Business Services**
**Philadelphia, PA 19103-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1675**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Cozzini Bros., Inc**
**350 Howard Ave**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Creation Gardens**
**PO Box 950301**
**Louisville, KY 40295-0301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,151.10** |
|---|---|---|---|

**Crowell Capital Partners, GP**
**1801 8th Avenue South, Suite 400**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Alternative lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DET Beverages**
**301 Great Circle Rd**
**Nashville, TN 37228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,018.24 |
|---|---|---|---|

**DirecTV**
**PO Box 5006**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0291**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**Donelson Air**
**2930 Sidco Drive**
**Nashville, TN 37204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Door Tech of Nashville**
**1288 Lewis St**
**Nashville, TN 37210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,190.18 |
|---|---|---|---|

**Ecolab Inc**
**PO Box 32027**
**New York, NY 10087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **ECF Claim No. 4**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,467.63 |
|---|---|---|---|

**Ecolab Pest Elimination**
**655 Lone Oak Drive**
**ATTN: Credit, Bldg A1**
**Eagan, MN 55121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **ECF Claim No. 3**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Empire**
**3851 Industrial Parkway**
**Nashville, TN 37218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Equity Corporation LLC**
**1300 Division Street, Suite 100**
**Nashville, TN 37203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Commercial lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fresh Commerce**
**1001 West Kirkland Ave.**
**Nashville, TN 37216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Glen Hill Investments**
**836 Glen Leven Drive**
**Nashville, TN 37204**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gordon Cleaning Company**
**101 Spade Leaf Blvd**
**Apt 1012**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,627.65 |
|---|---|---|---|

**GrinOn Industries, LLC**
**7649 Winton Drive**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,040.50 |
|---|---|---|---|

**Hiller LLC**
**915 Murfreesboro Pike**
**Nashville, TN 37217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,922.00 |
|---|---|---|---|

**Holland & Knight**
**511 Union Street, Suite 2700**
**Nashville, TN 37219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $827.20 |
|---|---|---|---|

**HOODZ of Nashville**
**111 Space Park S Dr**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:24-bk-00066    Doc 41    Filed 02/06/24    Entered 02/06/24 20:51:48    Desc Main
Document      Page 19 of 39

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355,909.08 |
|---|---|---|---|
| | **Instafund Advance**<br>**159-16 Union Turnpike**<br>**Fresh Meadows, NY 11366** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Joe B Sullivan & Sons Plumbing Inc**<br>**292 Hermitage Avenue**<br>**Nashville, TN 37210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kahlua Bay**<br>**PO Box 100356**<br>**Nashville, TN 37224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kickin' Coffee & Tea**<br>**1202 South Graycroft Ave**<br>**Madison, TN 37115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LBMC Technology Solutions, LLC**<br>**PO Box 1869**<br>**Brentwood, TN 37024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lipman Brothers**<br>**2815 Brick Church Pike**<br>**Nashville, TN 37207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Merritt Professional Services**<br>**1329 Tralee Court**<br>**Murfreesboro, TN 37128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,379.72 |
|---|---|---|---|
| | **Metro Water** | ☐ Contingent | |
| | **1700 3rd Avenue North** | ☐ Unliquidated | |
| | **Nashville, TN 37208** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **1301** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
|---|---|---|---|
| | **Metro Water** | ☐ Contingent | |
| | **1700 3rd Avenue North** | ☐ Unliquidated | |
| | **Nashville, TN 37208** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **9302** | Basis for the claim:  **ECF Claim No. 8** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mobile Fixture and Equipment Co, Inc** | ☐ Contingent | |
| | **1155 Montlimar Drive** | ☐ Unliquidated | |
| | **Mobile, AL 36609** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,385.34 |
|---|---|---|---|
| | **Mood Media** | ☐ Contingent | |
| | **PO Box 71070** | ☐ Unliquidated | |
| | **Charlotte, NC 27282-1070** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.32 |
|---|---|---|---|
| | **Moxie Print Market** | ☐ Contingent | |
| | **1302C Division Street** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Nashville Convention & Visitor Corp** | ☐ Contingent | |
| | **500 11th Ave North** | ☐ Unliquidated | |
| | **Suite 650** | ☐ Disputed | |
| | **Nashville, TN 37203** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Nashville Electric Service** | ☐ Contingent | |
| | **PO Box 305099** | ☐ Unliquidated | |
| | **Nashville, TN 37203-5099** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **6670** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,695.35 |
|---|---|---|---|

**Nashville Electric Service**
PO Box 305099
Nashville, TN 37203-5099

Date(s) debt was incurred _
Last 4 digits of account number **2291**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NewLane Finance Company**
PO Box 7358
Philadelphia, PA 19101

Date(s) debt was incurred _
Last 4 digits of account number **9013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Onsite Environmental**
1421 Baptist World Center Dr
Nashville, TN 37207

Date(s) debt was incurred _
Last 4 digits of account number **1953**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,356.56 |
|---|---|---|---|

**Party Fowl Donelson LLC**
719 8th Avenue South
Nashville, TN 37203

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Payables due to related entity**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,341.41 |
|---|---|---|---|

**Pepsi Beverage Company**
75 Remittance Dr
Suite #1884
Chicago, IL 60675-1884

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,972.63 |
|---|---|---|---|

**Performance Food Group**
PO Box 931986
Atlanta, GA 31193-1986

Date(s) debt was incurred _
Last 4 digits of account number **9395**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.86 |
|---|---|---|---|

**Piedmont Natural Gas**
PO Box 33068
Charlotte, NC 28233

Date(s) debt was incurred _
Last 4 digits of account number **003x**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:24-bk-00066   Doc 41   Filed 02/06/24   Entered 02/06/24 20:51:48   Desc Main
Document      Page 22 of 39

| Debtor | **J & S Concepts LLC** | Case number (if known) | **3:24-bk-00066** |
| --- | --- | --- | --- |

Name

**3.64** Nonpriority creditor's name and mailing address
**Piedmont Natural Gas**
**PO Box 33068**
**Charlotte, NC 28233**

Date(s) debt was incurred _
Last 4 digits of account number **004x**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$744.38**

**3.65** Nonpriority creditor's name and mailing address
**Premier Waste Group**
**PO Box 309**
**Kearneysville, WV 25430**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,122.00**

**3.66** Nonpriority creditor's name and mailing address
**Prophet Plumbing**
**721 Say Brook Circle**
**Nashville, TN 37221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

**3.67** Nonpriority creditor's name and mailing address
**Pye-Barker Fire & Safety, LLC**
**701 2nd Ave N**
**Nashville, TN 37201-1005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,017.39**

**3.68** Nonpriority creditor's name and mailing address
**R.L. Schreiber**
**2745 West Cypress Creek Rd**
**Suite B**
**Ft Lauderdale, FL 33309**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,882.71**

**3.69** Nonpriority creditor's name and mailing address
**REMCO**
**PO Box 7410423**
**Chicago, IL 60670-4000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,045.97**

**3.70** Nonpriority creditor's name and mailing address
**Restaurant Technologies, Inc**
**12962 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,995.61**

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rewards Network**
**540 West Madison Street, Suite 2400**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,812.07 |
|---|---|---|---|

**Rick's Refrigeration, LLC**
**982 Waller Road**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

**Robert Ziegler CPA PC**
**2981 Lewis Road**
**Santa Fe, TN 38482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **ECF Claim No. 1 (2022 tax return)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robins Insurance Agency**
**11 Music Circle S**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $574.46 |
|---|---|---|---|

**Sesac Inc**
**35 Music Square E**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,140.20 |
|---|---|---|---|

**Society Insurance**
**150 Camelot Drive**
**PO Box 1029**
**Fond du Lac, WI 54936-1029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,004.91 |
|---|---|---|---|

**Something Inked LLC**
**1018 Elm Hill Pike**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Southern Bank of Tennessee** | ☐ Contingent | |
| | **c/o Lawless & Associates, P.C.** | ☐ Unliquidated | |
| | **701 Broadway, Suite 403** | ☐ Disputed | |
| | **Nashville, TN 37203** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,926.75 |
|---|---|---|---|
| | **Staples Business Advantage** | ☐ Contingent | |
| | **PO Box 105748** | ☐ Unliquidated | |
| | **Atlanta, GA 30348-5748** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $517.31 |
|---|---|---|---|
| | **Suremark Signs** | ☐ Contingent | |
| | **1134 Murfreesboro Pike** | ☐ Unliquidated | |
| | **Suite B** | ☐ Disputed | |
| | **Nashville, TN 37217** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114,429.52 |
|---|---|---|---|
| | **Tennessee Titans** | ☐ Contingent | |
| | **PO Box 281228** | ☐ Unliquidated | |
| | **Nashville, TN 37228** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  R005 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Travelers Insurance** | ☐ Contingent | |
| | **Travelers CL Remittance Center** | ☐ Unliquidated | |
| | **PO Box 660317** | ☐ Disputed | |
| | **Dallas, TX 75266-0317** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Uline** | ☐ Contingent | |
| | **ATTN: Accounts Receivable** | ☐ Unliquidated | |
| | **PO Box 88741** | ☐ Disputed | |
| | **Chicago, IL 60680-1741** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355,909.08 |
|---|---|---|---|
| | **Unique Funding Solutions LLC** | ☐ Contingent | |
| | **71 South Central Avenue, 2nd Floor** | ☐ Unliquidated | |
| | **Valley Stream, NY 11580** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:24-bk-00066   Doc 41   Filed 02/06/24   Entered 02/06/24 20:51:48   Desc Main
Document      Page 25 of 39

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,688.33 |
|---|---|---|---|
| | **Various unnamed customers** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Gift card balances__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,562.31 |
|---|---|---|---|
| | **Volunteer Welding Supply**<br>**815 Rep John Lewis Way S**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $537,115.30 |
|---|---|---|---|
| | **VOX Funding**<br>**100 Park Avenue, 26th Floor**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,392.50 |
|---|---|---|---|
| | **Waller Lansden Dortch & Davis, LLP**<br>**PO Box 198966**<br>**Nashville, TN 37219-8966** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bradley Arant Boult Cummings**<br>**c/o Alexandra Dugan**<br>**1600 Division Street, Suite 700**<br>**Nashville, TN 37203** | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David Mangum**<br>**2303 8th Avenue South**<br>**Nashville, TN 37204** | Line __3.35__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Porter Wright Morris & Arthur LLP**<br>**41 South High Street, Suites 2800-3200**<br>**Attn: Luke Fedlam**<br>**Columbus, OH 43215** | Line __3.20__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Sims Funk, PLC**<br>**3322 West End Avenue, Suite 200**<br>**Nashville, TN 37203** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **J & S Concepts LLC** | Case number (if known) | **3:24-bk-00066** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **TN Attorney General's Office** **Attn: Bankruptcy Department** **PO Box 20207** **Nashville, TN 37202** | Line **2.2** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Waller Lansden Dortch & Davis, LLP** **PO Box 198966** **Nashville, TN 37219-8966** | Line **3.1** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 168,299.04 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,804,187.62 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 3,972,486.66 |

**Fill in this information to identify the case:**

Debtor name      **J & S Concepts LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:24-bk-00066**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial property lease for Party Fowl Donelson location**<br><br>State the term remaining<br><br>List the contract number of any government contract | **2620 Associates LP**<br>**103 Continental Place, Suite 200**<br>**Brentwood, TN 37027** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial property lease - expires 12/31/2033**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Equity Corporation LLC**<br>**1300 Division Street, Suite 100**<br>**Nashville, TN 37203** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Month to month storage unit lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Public Storage**<br>**6117 Charlotte Pike**<br>**Nashville, TN 37209** |

Debtor name **J & S Concepts LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:24-bk-00066**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Austin Smith** | **120 Breakwater Bay Hermitage, TN 37076** | **Studio Bank** | ☐ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Austin Smith** | **120 Breakwater Bay Hermitage, TN 37076** | **Equity Corporation LLC** | ☐ D _____ <br> ☐ E/F   **3.35** <br> ☐ G _____ |
| 2.3 | **Harry Jacobson** | **836 Glen Leven Drive Nashville, TN 37204** | **Studio Bank** | ☐ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Harry Jacobson** | **836 Glen Leven Drive Nashville, TN 37204** | **Crowell Capital Partners, GP** | ☐ D _____ <br> ☐ E/F   **3.27** <br> ☐ G _____ |
| 2.5 | **Harry Jacobson** | **836 Glen Leven Drive Nashville, TN 37204** | **BeCool LLC** | ☐ D _____ <br> ☐ E/F   **3.13** <br> ☐ G _____ |

Case 3:24-bk-00066    Doc 41    Filed 02/06/24    Entered 02/06/24 20:51:48    Desc Main
Document    Page 29 of 39

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Nicholas Jacobson** | 6261 Hillsboro Pike<br>Nashville, TN 37215 | **Studio Bank** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Nicholas Jacobson** | 6261 Hillsboro Pike<br>Nashville, TN 37215 | **Equity Corporation LLC** | ☐ D _____<br>■ E/F ___3.35___<br>☐ G _____ |
| 2.8 | **TeacherFindr Inc dba TutorUp** | PO Box 121134<br>Nashville, TN 37212 | **Studio Bank** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Austin Smith** | 120 Breakwater Bay<br>Hermitage, TN 37076 | **Equity Corporation LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.2___ |
| 2.10 | **Nicholas Jacobson** | 6261 Hillsboro Pike<br>Nashville, TN 37215 | **Equity Corporation LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.2___ |

# United States Bankruptcy Court
## Middle District of Tennessee

In re __J & S Concepts LLC__      Case No. __3:24-bk-00066__

                 Debtor(s)      Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Authorized Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __February 6, 2024__        Signature  __/s/ Austin Smith__

                                                    __Austin Smith__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Tennessee**

| | | | |
|---|---|---|---|
| In re | **J & S Concepts LLC** | Case No. | **3:24-bk-00066** |
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 6, 2024**

**/s/ Austin Smith**

**Austin Smith**/**Authorized Member**
Signer/Title

| | DAIRY | | | | | |
|---|---|---|---|---|---|---|
| BTRFARM | BUTTER BALL .25 OZ SLTD BAG | 3 / 3 LB | $57.17 | 1.00 | | 57.17 |
| WHLFARM | BUTTER SOLID UNSLT USDA AA | 36 / 1 LB | $132.98 | 0.86 | | 114.51 |
| PACKER | BUTTERMILK REG | .5 GAL | $3.99 | 6.00 | | 23.94 |
| BORDEN | WHIPPED CREAM | 12 / 15 OZ | $43.19 | 0.08 | | 3.60 |
| ELSWRTH | CHEESE CURD | 4/5 LB | $72.70 | 1.00 | | 72.70 |
| SYS IMP | CHEESE BLUE CRUMBLE LG | 2 / 5# | $46.35 | 0.50 | | 23.18 |
| BBRLIMP | CHEESE CHDR SHRP FTHR SHRD YE | 4 / 5 LB | $63.58 | 0.75 | | 47.69 |
| BBRLIMP | GOAT CHEESE | 12 / 10.5 OZ | $52.46 | 0.60 | | 31.48 |
| BBRLIMP | CHEESE CHEDDAR X SHARP LOAF Y | 2 / 5LB | $52.06 | 2.00 | | 104.12 |
| SYS IMP | CHEESE CREAM | 1 / 3 LB | $11.70 | 1.50 | | 17.55 |
| BBRLCLS | CHEESE GOUDA SMOKED | # | $4.41 | 11.00 | | 48.51 |
| LOL | Cheese Melt White | 6/5# | $125.09 | 1.00 | | 125.09 |
| CASASOL | CHEESE MONTEREY JACK FTHR SHR | 4 / 5LB | $60.58 | 0.75 | | 45.44 |
| AREZIMP | CHEESE MOZZ PRT SKIM PROV DIC | 2 / 15 LB | $90.83 | 1.13 | | 102.18 |
| AREZZIO | CHEESE ROMANO PECORINO QUARTER | 1 / 10#AVG | $52.16 | | | 0.00 |
| BBRLIMP | CHEESE SWISS SNDW CUT GRADE A | # | $3.83 | 14.00 | | 53.62 |
| WHLFARM | CREAM HEAVY WHIPPING 36 % ESL | 64 OZ | $10.99 | 17.00 | | 186.83 |
| WHLFARM | CREAM SOUR ALL NAT GRD A | 5LB | $10.99 | 3.00 | | 32.97 |
| WHLFARM | CREAMER HALF & HALF CUPS ESL | 390 / 3/8 OZ | $15.17 | 0.33 | | 5.01 |
| | GARLIC BASE NO MSG | | $49.16 | 1.00 | | 49.16 |
| LOL | CHEESE SAUCE | 6 / 5# | $104.59 | | | 0.00 |
| WHLFCLS | EGG HARDBOILED WHL PEEL SEL | 1 / 20 LB | $50.50 | 1.00 | | 50.50 |
| WHLFCLS | EGG SHELL MED GR AA USDA WHT | 1 / 15 DZ | $43.00 | 1.25 | | 53.75 |
| WHLFCLS | EGG WHITE SUPER WHIP | 12 / 2 LB | $83.45 | 1.25 | | 104.31 |
| WHLFCLS | EGG WHL LIQ FRSH W/CITRIC | 15 / 2 LB | $88.16 | 0.75 | | 66.12 |
| WHLFCLS | EGG YOLK UNSUGARED LIQ | 15 / 2 LB | $65.73 | 1.00 | | 65.73 |
| BLU BNY | ICE CREAM VAN | 1 / 3 Gal | $29.99 | 0.75 | | 22.49 |
| WHLFARM | MILK HOMOGENIZED | 1 GAL | $5.99 | 4.50 | | 26.96 |
| | | | | | TOTAL DAIRY | 1534.59 |

| | MEATS | | | | | |
|---|---|---|---|---|---|---|
| HORMEL | BACON FAT RENDERED | 1 / 35LB | $60.05 | 3.00 | | 180.15 |
| | LARD | 25 LB | $55.28 | 2.00 | | 110.56 |
| DAILY MT | BACON 8 - 12 APPLEWOOD SMOKED GF | 1 / 15 LB | $61.07 | 1.00 | | 61.07 |
| DAILY MT | BACON DICED 3/8" ORGNL | 2 / 5 LB | $65.42 | 1.00 | | 65.42 |
| CHB | BEEF GROUND CHUCK 80/20 FINE | # | $3.60 | 50.00 | | 180.00 |
| HEB NAT | chicken andouille | 4 EA | $6.60 | 3.00 | | 19.80 |
| MORRELL | HAM SHANK | 1 / 30# | $74.10 | 0.50 | | 37.05 |
| PACKER | SAUSAGE ANDOUILLE | 1 / 10 LB | $39.99 | | | 0.00 |
| | | | | | TOTAL MEATS | 654.05 |

| | POULTRY | | | | | |
|---|---|---|---|---|---|---|
| COLEMAN | CHICKEN BRST SKIN ON 7oz | 1 / 20 LB | $76.27 | 12.00 | | 915.24 |
| NEALY | ground chicken | 20#cs | $62.00 | | | 0.00 |
| | TURKEY SAUSAGE | 20#cs | $49.75 | | | 0.00 |
| MAR JAC | CHICKEN TENDER | 4 / 10 LB | $87.50 | 6.50 | | 568.75 |
| PACKER | CHICKEN CVP LIVER FRSH | 4 / 10LB | $32.71 | 0.50 | | 16.36 |
| SYS CLS | CHICKEN CVP BREAST QTR | 16 / 2.5#AV | $73.13 | 2.00 | | 146.26 |
| SYS CLS | CHICKEN CVP THIGH BNLS SKLS | 4 / 10 LB | $66.56 | 0.00 | | 0.00 |
| | LEG QUARTERS | 40#/45 PC | $59.55 | 2.00 | | 119.10 |
| SYS CLS | CHICKEN CVP WHL W/OG FRESH | 1/ 40#AVG | $84.54 | 2.00 | | 169.08 |
| SYS CLS | CHICKEN CVP WING 1&2 JT JMBO | 4 / 10 LB | $55.11 | 0.00 | | 0.00 |
| PACKER | CORNISH HEN | 24oz | $6.00 | 12.00 | | 72.00 |
| | | | | | TOTAL POULTRY | 2006.79 |

| | FROZEN | | | | | |
|---|---|---|---|---|---|---|
| SYS CLS | APPLE FUJI FLAME RSTD | 1 / 30 LB | $44.53 | 0.17 | | 7.42 |
| SYS IMP | ENGLISH MUFFIN | case | $27.48 | 1.00 | | 27.48 |
| SYS CLS | BREAD TEXAS TOAST WHT SLI | 10/24 OZ | $34.55 | 1.00 | | 34.55 |
| GAMBINO | BRIOCHE | each | $4.58 | 9.00 | | 41.22 |
| GAMBINO | BEIGNET | 240/1.35 OZ | $38.13 | 2.00 | | 76.26 |
| GAMBINO | BREAD WHT PO BOY | 1 | $0.65 | 84.00 | | 54.60 |
| BUNBSKT | BUN BRIOCHE SLI 4.25" | 8/12 ct | $42.71 | 2.00 | | 85.42 |
| PACKER | CORN WHL KERNEL WHITE SHOEPEG | 12/2.5 LB | $46.90 | 0.25 | | 11.73 |
| SYS IMP | OKRA CUT IQF P ^ | 12 / 2 LB | $24.69 | | | 0.00 |
| PILLSBRY | Biscuit 3.25" | 75/2.85oz | $30.34 | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| SYS CLS | PEA GREEN GR A P ^ | 12 / 2.5 LB | $31.47 | | 0.00 |
| PACKER | PEPPER GREEN DICED | 12 / 2 LB | $23.41 | 1.00 | 23.41 |
| | PITA | 1 / 10 CT | $27.15 | 2.00 | 54.30 |
| SYS IMP | POTATO FRY SKON SS 3/16 RCPCH | 6 / 4LB | $41.30 | 12.00 | 495.60 |
| | | | | **TOTAL FROZEN** | **911.99** |
| | **CANNED AND DRY** | | | | |
| LOSAMGO | TORTILLA CORN white 6" | 6 / 120 CT | $24.51 | 1.00 | 24.51 |
| PACKER | DRY CORN | # | $14.50 | 5.00 | 72.50 |
| SYS CLS | BAKING SODA | 12 / 24 OZ | $13.96 | 1.00 | 13.96 |
| SYS CLS | griddle hashbrown | 6 / #5 | $51.74 | 0.00 | 0.00 |
| SYS CLS | BEAN GREAT NORTHERN DRIED | 1 / 20 LB | $27.15 | 1.00 | 27.15 |
| SYS CLS | CHICKEN BASE | 1# | $6.00 | | 0.00 |
| SYS CLS | cream soup of chicken | 12 / 49 OZ | $47.70 | 0.00 | 0.00 |
| BUTR-IT | BUTTER ALTERNATE LIQ ZTF | 3 / 1 GAL | $51.03 | 2.00 | 102.06 |
| SYS SUP | pimento diced | 12 / 28 oz | $43.71 | 1.00 | 43.71 |
| SYS IMP | COCOA PWDR BKFST HIGH FAT | Only / 5 LB | $22.34 | 0.00 | 0.00 |
| | CHOCOLATE SYRUP | | $70.21 | 1.00 | 70.21 |
| SYS CLS | CORN MEAL YELLOW | 1 / 25 LB | $13.99 | 1.00 | 13.99 |
| ARGO | CORN STARCH | 24 / 1LB | $29.59 | 0.50 | 14.80 |
| SYS CLS | FLOUR ALL PURP H&R BL EN MT | 1 / 25 LB | $12.16 | 2.00 | 24.32 |
| | FLOUR SELF RISING | 8 / 5 LB | $38.48 | 0.20 | 7.70 |
| | FLOUR TORTILLA 12" | 8 / 12 CT | $26.91 | 1.50 | 40.37 |
| | Gravy Mix Pioneer | 6/24oz | $25.02 | 0.75 | 18.77 |
| SYS CLS | GRITS QUICK WHITE ENRICH | 8 / 5# | $33.03 | 0.50 | 16.52 |
| SYS CLS | HONEY PURE CLOVER GR A | 6 / 5 LB | $93.10 | 0.83 | 77.58 |
| SYS CLS | GRAHAM CRUMB | 6 / 5 LB | $27.00 | 0.00 | 0.00 |
| BBRLCLS | HORSERADISH WHITE PRPD | 1 GAL | $16.10 | 0.00 | 0.00 |
| MARTINELLI | APPLE JUICE | 24 CT | $32.52 | 0.00 | 0.00 |
| OCNSPRY | JUICE ORANGE 100% | 12/32oz | $90.00 | 0.00 | 0.00 |
| DOLE | JUICE PNAPL NOT FRM CONC 100% | 48 / 6 OZ | $22.02 | 0.00 | 0.00 |
| HEINZ | KETCHUP JUG PLASTIC | 6 / #10 | $37.84 | 0.00 | 0.00 |
| HEINZ | KETCHUP SQUEEZE UPSIDE DOWN | 30 / 20 OZ | $81.54 | 1.00 | 81.54 |
| SYS REL | PLAIN BREAD CRUMBS | 6/5LB | $35.21 | 1.00 | 35.21 |
| | CRACKER SALTINE | 6/13.6oz | $23.52 | 0.10 | 2.35 |
| | Mashed Potatoes | 4/5 LB | $35.87 | 3.00 | 107.61 |
| SYS REL | MAYONNAISE HEAVY DUTY | 4 / 1 GAL | $44.30 | 0.75 | 33.23 |
| SYS REL | MAYONNAISE HEAVY DUTY PAIL | 1 / 28 LB | $30.50 | | 0.00 |
| HELLMAN | MAYONNAISE SQUEEZE BTL (USA) | 12 / 20 OZ | $81.15 | 1.00 | 81.15 |
| Grandma | MOLASSES PURE LT UNSULPHURED | Only/ 1 GAL | $22.10 | 0.50 | 11.05 |
| ZATARAN | MUSTARD CREOLE STYLE | Only / 1 GAL | $21.25 | 0.25 | 5.31 |
| GREY P | MUSTARD DIJON | 6/48OZ | $96.31 | 0.50 | 48.16 |
| COLMANS | MUSTARD DRY | 5# | $10.03 | | 0.00 |
| SYS CLS | MUSTARD PRPD YELLOW SALAD | 1 GAL | $7.47 | 1.00 | 7.47 |
| HEINZ | MUSTARD YELLOW UPSIDE DOWN | 16 / 13 OZ | $33.30 | 1.00 | 33.30 |
| AREZZIO | OIL OLIVE POMACE ITALY | 6 / 1 GAL | $58.66 | 0.50 | 29.33 |
| STRLNG | OIL SALAD SOYBEAN | 3 / 1 GAL | $57.33 | 0.33 | 18.92 |
| INTLIMP | OLIVE QUEEN STFD 70/90 | 1 GAL | $89.11 | 2.00 | 178.22 |
| LABELLA | PASTA MACARONI ELBOW LRG RIDG | 2 / 10 LB | $39.95 | 0.50 | 19.98 |
| EMBASSA | PEPPER CHIPOTLE ADOBO SCE | 12 / 7 OZ | $21.99 | 0.75 | 16.49 |
| BBRLCLS | PICKLE CHIP 1/4" PUCKERED | 5 Gal | $34.98 | 2.00 | 69.96 |
| CLABGIR | POWDER BAKING | 10# | $21.93 | 0.50 | 10.97 |
| UNC BEN | RICE CONVERTED | 1 / 25 LB | $32.25 | 0.50 | 16.13 |
| schreiber | chicken fried chicken breading | 1 / 30 LB | $97.68 | 0.50 | 48.84 |
| SYS CLS | SALT GRANULATED | 25lbs | $8.67 | 1.00 | 8.67 |
| SYS CLS | SALT KOSHER ^ | 12 / 3 LB | $34.59 | 0.25 | 8.65 |
| FRANKS | BUFFALO SAUCE | 4 / 1 GAL | $72.20 | 1.25 | 90.25 |
| HUYFONG | SAUCE CHILI HOT SRIRACHA | 28 OZ | $3.95 | 1.25 | 4.94 |
| | MIRIN RICE VINEGAR | 1 / 60 OZ | $16.75 | 0.10 | 1.68 |
| TABASCO | SAUCE GREEN PEPPER | 12 / 5 OZ | $40.51 | 1.00 | 40.51 |
| LOUISNA | SAUCE HOT | 24 / 6 OZ | $24.87 | 1.00 | 24.87 |
| CHOLULA | SAUCE HOT | 12 / 5 OZ | $30.30 | 1.00 | 30.30 |
| TABASCO | SAUCE HOT CHIPOTLE PPR | 12 / 5 OZ | $39.55 | 1.00 | 39.55 |
| LOUISNA | SAUCE HOT IN PLAS | Only / 1 GAL | $11.56 | 4.00 | 46.24 |
| KIKOMAN | SAUCE SOY | 1 GAL | $17.80 | 1.10 | 19.58 |
| TABASCO | SAUCE TABASCO HOT | 24 / 2 OZ | $40.29 | 1.00 | 40.29 |
| LEA&PER | SAUCE WORCESTERSHIRE | 1 GAL | $17.40 | 0.75 | 13.05 |
| SYS REL | SHORTENING FRY LIQ CLR ZTF | 1# | $1.34 | 1432.00 | 1918.88 |
| BKRSCLS | SUGAR BROWN LIGHT CANE | 12 / 2 LB | $32.86 | 0.08 | 2.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| *BKRSCLS* | SUGAR CONFECTIONER 10X CANE | *12 / 2 LB* | $32.63 | 1.00 | | 32.63 |
| *SYS CLS* | SUGAR GRANULATED CANE X FINE | *1 / 25 LB* | $29.95 | 2.50 | | 74.88 |
| *SYS CLS* | SUGAR PACKET ^ | *3000 / 1/10OZ* | $20.85 | 1.00 | | 20.85 |
| *EQUAL* | SUGAR SUB BLUE | *6 / 1 LB* | $46.95 | 1.00 | | 46.95 |
| *EQUAL* | SUGAR SUB BLUE PACKET | *1 / 2000CT* | $41.45 | 1.00 | | 41.45 |
| *SWT&LOW* | SUGAR SUB PKT BULK | *1 / 2000CT* | $24.75 | 1.00 | | 24.75 |
| *SPLENDA* | SUGAR SUB SWEETENER SPLENDA | *2000 / 1 GM* | $44.95 | 1.00 | | 44.95 |
| *SYS CLS* | VINEGAR APPLE CIDER 50 GRAIN | *4 / 1 GAL* | $22.96 | 3.00 | | 68.88 |
| *AREZZIO* | VINEGAR BALSAMIC ITALY | *1 / 5 LTR* | $20.75 | 0.25 | | 5.19 |
| *HEINZ* | VINEGAR MALT | *12 / 12 OZ* | $31.80 | | | 0.00 |
| *SYS REL* | VINEGAR WHITE DISTILLED 4% | *4 / 1 GAL* | $14.45 | 3.00 | | 43.35 |
| *NATRGLO* | CHIP WOOD HICKORY SMOKING | *12 / 2 LB* | $21.70 | | | 0.00 |
| *C GEYSR* | WATER SPRING ALPINE FLT TOP | *35 / 16.9OZ* | $7.00 | 3.00 | | 21.00 |
| | | | | | **TOTAL DRY** | **4138.39** |
| | **SPICE** | | | | | |
| | scorpian pepper | *1#* | $79.00 | | | 0.00 |
| | carolina reaper | *1#* | $79.00 | | | 0.00 |
| | habanero powder | *1#* | $25.00 | | | 0.00 |
| | ghost pepper | *1#* | $43.00 | | | 0.00 |
| *Woodland* | mild | *4 / 5 lb* | $62.89 | 1.25 | | 78.61 |
| *Woodland* | meduim | *4 / 5 LB* | $98.86 | 0.75 | | 74.15 |
| *Woodland* | hot | *4 / 5 LB* | $158.15 | 0.75 | | 118.61 |
| *Woodland* | poultrygeist | *4 / 5 LB* | $547.09 | 1.25 | | 683.86 |
| | CHICKEN FLOUR | 30lb | 49.92 | 5 | | 249.60 |
| | CHICKEN FRIED CHICKEN | 30lb | 97.63 | | | 0.00 |
| | SPICE BAY LEAVES SEMI | 12 oz | 12.34 | 1 | | 12.34 |
| | SPICE ALLSPICE WHOLE | 14 oz | 10.8 | 1 | | 10.80 |
| | SPICE ALLSPICE GROUND | 16 oz | 10.32 | 1 | | 10.32 |
| | SPICE Cajun Blackfish | *6 LB* | $36.57 | 1.00 | | 36.57 |
| | SPICE butt rub | *35 LB* | $199.64 | 0.90 | | 179.68 |
| | SPICE CALGARY SEASONING | *7#* | $32.92 | 1.00 | | 32.92 |
| | SPICE CELERY SEED WH | *Only / 1 LB* | $9.82 | 1.00 | | 9.82 |
| | SPICE CHILI POWDER | *5#* | $32.72 | 1.00 | | 32.72 |
| | SPICE CHILI POWDER DRK MEXENE | *5#* | $31.16 | 1.00 | | 31.16 |
| | SPICE CHIVE FREEZE Dried | *1.5 OZ* | $7.26 | 1.00 | | 7.26 |
| | SPICE CINNAMON GRND | *Only / 14 OZ* | $7.12 | 1.00 | | 7.12 |
| | SPICE CINNAMON STICK | *Only / 8 OZ* | $8.11 | 1.00 | | 8.11 |
| | SPICE CORIANDER GROUND | *12 oz* | $4.90 | 1.00 | | 4.90 |
| | SPICE CUMIN GRND | *5#* | $22.11 | 1.00 | | 22.11 |
| | SPICE FLORIDA BAY | *28 OZ* | $7.45 | 1.00 | | 7.45 |
| | SPICE FISH FRY | *40 LB* | $83.20 | 1.25 | | 104.00 |
| | SPICE GARLIC POWDER | *5 LB* | $32.35 | 1.00 | | 32.35 |
| | SPICE GOLD DUST | *8 LB* | $61.82 | 1.00 | | 61.82 |
| | SPICE GARLIC DRY CHOPPED | *20 OZ* | $14.80 | 1.00 | | 14.80 |
| | SPICE GARLIC GRANULATED | *7#* | $44.70 | 1.00 | | 44.70 |
| | SPICE HICKORY SMOKE SALT | *12 LB* | $47.52 | 1.00 | | 47.52 |
| | Spice Memphis | *30#* | $153.00 | 0.75 | | 114.75 |
| | SPICE MUSTARD DRY ENGLISH | *12 OZ* | $4.80 | 1.00 | | 4.80 |
| | SPICE NUTMEG GROUND | *20 OZ* | $26.33 | 1.00 | | 26.33 |
| | SPICE NUTMEG WHL | *1 / 20 OZ* | $31.70 | 1.00 | | 31.70 |
| | SPICE ONION CHOPPED | *3#* | $22.62 | 1.00 | | 22.62 |
| | SPICE ONION POWDER | *6#* | $26.53 | 1.00 | | 26.53 |
| | SPICE OREGANO LEAF WH | *1.5#* | $15.35 | 1.00 | | 15.35 |
| | SPICE PAPRIKA | *5#* | $23.75 | 1.00 | | 23.75 |
| | SPICE PAPRIKA SMK | *1.25#* | $20.18 | 1.00 | | 20.18 |
| | SPICE PEPPER BLACK COARSE GRND | *4.75#* | $48.91 | 1.00 | | 48.91 |
| | SPICE PEPPER 30 MESH | *5 #* | $41.94 | 1.00 | | 41.94 |
| | SPICE PEPPER CAYENNE GRND | *5 lb* | $32.64 | 1.00 | | 32.64 |
| | SPICE PEPPER RED CRUSHED | *1 / 12 OZ* | $6.26 | 1.00 | | 6.26 |
| | SPICE PEPPER WHITE GROUND | *16 OZ* | $13.43 | 1.00 | | 13.43 |
| | SPICE PICKLING SPICE | *16OZ* | $9.64 | 1.00 | | 9.64 |
| | SPICE SALT KOSHER FLAKE | *10#* | $13.86 | 1.00 | | 13.86 |
| | SPICE SAGE GROUND | *Only / 11 OZ* | $17.98 | 1.00 | | 17.98 |
| | SPICE THYME LEAVES WHL | *8OZ* | $6.34 | 1.00 | | 6.34 |
| | SPICE TURMERIC GROUND | *Only / 1 LB* | $11.84 | 1.00 | | 11.84 |
| | Vanilla | | $29.36 | 1 | | 29.36 |
| | VANILLA BEAN | *4OZ* | $107.08 | | | 0.00 |

| Vendor | Description | Size/Unit | Price | Qty | | Total |
|---|---|---|---|---|---|---|
| | VANILLA PASTE | *Quart* | $111.76 | | | 0.00 |
| | SPICE PINK CURING SALT | | $14.82 | 1 | | 14.82 |
| | CARAMEL | 19.5 | $3.95 | 0.5 | | 1.98 |
| | CHICKEN BASE | 1# | $7.00 | 4 | | 28.00 |
| | | | | | **TOTAL SPICES** | **2486.30** |
| | **SEAFOOD** | | | | | |
| Destin Ice | Red Grouper | lb | 20.95 | | | 0 |
| New Orleans | Jumbo Lump- Wild Venezuela | lb | 28.99 | | | 0 |
| New Orleans | Past. Claw | lb | 18.95 | | | 0 |
| Destin Ice | Oysters | lb | 18 | | | 0 |
| Destin Ice | Flounder | lb | 13.95 | | | 0 |
| Destin Ice | Crawfish Meat | lb | 11.99 | | | 0 |
| New Orleans | Snapper | lb | 24 | | | 0 |
| Sysco | Shrimp 31/40 | case | 67.95 | | | 0 |
| Sysco | Shrimp 13/15 | | 95.35 | | | 0 |
| Sysco | Oysters on Half shell | case | 98.52 | | | 0 |
| | | | | | **TOTAL SEAFOOD** | **0.00** |
| | **PAPER & DISP** | | | | | |
| *PARIDISE* | BAG PAPER BRN HNDL SROYAL 70# | *100 / EA* | $32.00 | | | 0.00 |
| *PARIDISE* | Multi Fold Towels (App Nap) | | $20.00 | 0.20 | | 4.00 |
| *PARIDISE* | Crayon 3PK Red Blue Yellow, | *720/CS* | $46.50 | 0.20 | | 9.30 |
| *PARIDISE* | Regstr Ribbon Blk/Red ERC-30/38 | *1/24* | $26.00 | 1.00 | | 26.00 |
| *PARIDISE* | Take-Out Hinged 9x9x3" Molded Fiber | *200/cs* | $72.00 | 1.00 | | 72.00 |
| *PARIDISE* | Take-Out Hinged 6x6x3" Molded Fiber 200cs | *500/cs* | $74.00 | 1.00 | | 74.00 |
| *PFG* | Pick Wood 5" Cat Fish Party Fowl 1000CS | *1000/cs* | $52.00 | 1.00 | | 52.00 |
| *PFG* | Pick Wood 5" Hot Party Fowl 1000CS | *1000/cs* | $52.00 | 2.00 | | 104.00 |
| *PFG* | Pick Wood 5" Medium Party Fowl 1000CS | *1000/cs* | $52.00 | 1.00 | | 52.00 |
| *PFG* | Pick Wood 5" Mild Party Fowl 1000CS | *1000/cs* | $52.00 | 2.00 | | 104.00 |
| *PFG* | Pick Wood 5" Poultrygeist Party Fowl 1000CS | *1000/cs* | $52.00 | 1.00 | | 52.00 |
| *PFG* | Pick Wood 5" Southern Fried Party Fowl 1000CS | *1000/cs* | $52.00 | 2.00 | | 104.00 |
| *PFG* | Pick Bamboo Skewer 6" 1026-1 1600CS | *1600/cs* | $21.00 | | | 0.00 |
| *PARIDISE* | **Wrapped** Black Straws 500 x 24 boxes | *24box/cs* | $108.00 | 0.50 | | 54.00 |
| *PARIDISE* | Thank you bag - plastic bag | *700/cs* | $25.00 | 0.50 | | 12.50 |
| *Sysco* | 8oz White Togo Cup Combo | *1000/cs* | $60.00 | 0.75 | | 45.00 |
| *Sysco* | 12oz White Togo Cup Combo | *1000/cs* | $65.00 | 1.50 | | 97.50 |
| *kahlua* | 4oz clear plastic togo ramekin | *2500/cs* | $154.00 | | | 0.00 |
| *kahlua* | 4oz clear togo ramekin lid | *2500/cs* | $110.00 | 0.50 | | 55.00 |
| *PARIDISE* | 9x9 Black plastic togo box w/ clear lid | *100/cs* | $110.00 | 0.20 | | 22.00 |
| *kahlua* | 9 inch round foil container | *500/cs* | $83.00 | 1.20 | | 99.60 |
| *kahlua* | 9 inch round lid | *500/cs* | $45.00 | 1.00 | | 45.00 |
| *PARIDISE* | White Linen like napkin 14x 14 inch | *1000/cs* | $64.00 | 3.00 | | 192.00 |
| *kahlua* | 1/6 fold white napkin din rm 10/100 | *1000/cs* | $64.00 | 1.00 | | 64.00 |
| *PFG* | French Fry Bags | *1000/cs* | $36.00 | 3.75 | | 135.00 |
| | Half Logo Paper | | $112.00 | 0.50 | | 56.00 |
| *kahlua* | Full Logo Paper | *4000/cs* | $94.66 | 1.25 | | 118.33 |
| *kahlua* | 12oz plastic cup | *1000/cs* | $69.00 | 1.75 | | 120.75 |
| *kahlua* | 16oz plastic cup | *1000/cs* | $89.00 | 0.50 | | 44.50 |
| *kahlua* | 12/16oz plastic cup LID | *1000/cs* | $110.00 | 0.80 | | 88.00 |
| *FOODHAND* | Zip Lock 2 Gal | *100 / 2GAL* | $16.39 | 2.00 | | 32.78 |
| *SYS CLS* | BAG BOILABLE VACUUM POUCH Large | *1 / 500* | $103.87 | 0.25 | | 25.97 |
| *DELITNR* | CONTAINER PLAS DELI TRANS W/L | *240 / 16OZ* | $59.66 | 0.20 | | 11.93 |
| *DELITNR* | CONTAINER PLAS DELI TRANS W/L | *240 / 32 OZ* | $85.32 | 0.20 | | 17.06 |
| *PACTIV* | CONTAINER DELI TUB 64 OZ | *1 / 120 CT* | $86.53 | | | 0.00 |
| *PACTIV* | DELI TUB LID 6" | *1 / 120 CT* | $47.16 | | | 0.00 |
| *SYS REL* | FOIL ALUMINUM 18x1000' | *1 / 18 IN* | $71.75 | 1.00 | | 71.75 |
| *SYS CLS* | FILM PVC ROLL 2000FT | *1 / 12IN* | $12.95 | 3.00 | | 38.85 |
| *SYS CLS* | FILM PVC ROLL 2000FT | *1 / 18"* | $17.75 | 0.50 | | 8.88 |
| *SYSCO* | FILTER PAPER CONE | *1 / 100 CT* | $111.66 | | | 0.00 |
| *RTI* | FILTER PAPER Machine | | | | | 0.00 |
| *kahlua/sysco* | GLOVE NITRILE HIGHPERF PF LRG | *Only / 100 CT* | $6.00 | 10.00 | | 60.00 |
| | GLOVE POLY | *1 CS* | $61.59 | 0.50 | | 30.80 |
| *SYSCO* | GRILL BRICK 3.5IN THICK | *12 / 8X4IN* | $20.15 | 0.33 | | 6.72 |
| *SYS CLS* | HAIRNET NYLON LG DKBRN LT WGT | *Only / 144CT* | $16.91 | | | 0.00 |
| *kahlua* | KIT CUTLERY FKS/S&P/NAP PP WH | *250 / CT* | $36.00 | 1.00 | | 36.00 |
| *SYS IMP* | LID PLAS CLR F/1.5-2.5OZ PRTN | *24 / 100CT* | $47.50 | | | 0.00 |
| *SYS CLS* | LINER PAN QUILLON TREATED | *1000 / 16X24* | $56.05 | | | 0.00 |
| | LINRT PAN STEAM TABLE 1/2 | *1 CS* | $45.16 | 1.50 | | 67.74 |

| | | | | | |
|---|---|---|---|---|---|
| BAK-O-MAT | PAN LINER/PARCHMENT HALF SHEET | 1000 CT | $44.30 | 0.50 | 22.15 |
| SYS CLS | LINER TRASH 38X58 1.6M BLK | 100 / 60 GAL | $31.75 | 0.20 | 6.35 |
| SYS CLS | NAPKIN BEV 9.38X9.38 1PLY WHT | 8 / 500 CT | $23.15 | | 0.00 |
| DIXIE | STIRRER PLAS CKTL 5.5" BLACK | 10 / 1000CT | $39.95 | | 0.00 |
| SYSCO | TAPE PAPR CASH REG RL 1PLY 3" | 50 / 165 FT | $41.80 | | 0.00 |
| kahlua | TAPE PAPR CASH REG RL 2 PLY 3" | 50 / 100 FT | $46.50 | 0.50 | 23.25 |
| kahlua | TAPE PAPR CASH REG THRM 3-1/8 | 50 / 200FT | $56.00 | 1.00 | 56.00 |
| kahlua | TISSUE TOILET WRPD 4X3.75 2PL | 12/case | $41.19 | | 0.00 |
| SYSCO | TOWEL ROLL NOPERF 350 EARTH | 3/case | $51.75 | | 0.00 |
| kahlua | TOWELETTE MOIST HOT/COLD LRG | 250 / 8"X10" | $32.00 | | 0.00 |
| SYSCO | SAVADAY | 1 / 460 CT | $71.00 | 1.00 | 71.00 |
| | | | | **TOTAL PAPER & DISP** | **2489.70** |
| | **CHEMICAL/JANTRL** | | | | |
| | SOLID BRILLIANCE RINSE AID CAPSULE | 2/CS | $157.79 | 0.50 | 78.90 |
| | DIP IT | 8/case | $150.91 | 0.10 | 15.09 |
| | ULTRA SAN | 5 GALLON | $41.32 | | 0.00 |
| | ECOLAB SOAP | 4/case | $59.15 | | 0.00 |
| | Wood Chip hickory smoking | 12/2 | $21.70 | 1.17 | 25.32 |
| | Solid Power Xl DISH SOAP CAPSULE | 4/CS | $115.66 | 1.00 | 115.66 |
| | OASIS MULTI QUAT SANITIZER | 1/2.5 GALLON | $196.74 | 1.00 | 196.74 |
| | LIQUID RINSE ADDITIVE GLS WASHER | 1/2.5 GALLON | $122.44 | 1.00 | 122.44 |
| | ECOLAB YELLOW PEROXIDE | 2/CS | $149.45 | | 0.00 |
| | FABULOSO | 4/CS | $29.90 | 0.50 | 14.95 |
| TIDE | FLOOR CLEANER | 1 / 18 LB | $53.73 | 0.25 | 13.43 |
| | LIME AWAY | 4 / 1 GAL | $132.22 | 0.75 | 99.17 |
| | DEGREASER BOIL OUT | 1 CS | $59.97 | | 0.00 |
| | DAWN LIQUID SOAP | 4/CS | $60.65 | 0.75 | 45.49 |
| | FIRST MARK ALL PURP W/BLEACH BOTTLE | 6/CS | $47.27 | | 0.00 |
| | SUPER TRUMP GLASS DETERGENT | 4/CASE | $182.72 | 0.50 | 91.36 |
| | ECO SAN - FOR GLASS WASHER | 4/CASE | $86.14 | | 0.00 |
| | SCOTCH GRIDDLE CLEANER | 1 case | $98.59 | | 0.00 |
| | TERMINATOR DEGREASER | 4/CASE | $99.00 | 1.00 | 99.00 |
| | STAINLESS STEEL CLEANER CAN | 12/CS | $54.21 | 0.10 | 5.42 |
| | | | | **TOTAL CHEMICAL/JANTRL** | **922.96** |
| | **FOOD IN PRODUCTION** | | | | |
| CAMBRO | Burger | 1 / EA | $29.28 | 6.00 | 175.68 |
| SYSCO | Wing | 1 / EACH | $101.00 | 1.50 | 151.50 |
| CARLISL | Lollipop | 1# | $2.50 | 1.00 | 2.50 |
| SYSCO | Pounded chicken | 1pc | $2.00 | | 0.00 |
| SYSCO | Tattooed chicken | 1pc | $2.00 | 24.00 | 48.00 |
| WORLD | Chicken liver | cs | $17.85 | | 0.00 |
| CARLISL | Chicken breast | 1 / 6 OZ | $1.60 | | 0.00 |
| | FUDGE PIES | 1pc | $0.75 | 30.00 | 22.50 |
| | straw jam | | $36.43 | 0.00 | 0.00 |
| | CATFISH | # | $9.01 | 2.00 | 18.02 |
| | DRESSING | | $12.00 | 23.00 | 276.00 |
| | CHUB | | $12.00 | 20.00 | 240.00 |
| | PULL MEAT | # | $4.60 | 45.00 | 207.00 |
| | whiskey bbq | gal | $23.32 | | 0.00 |
| | Chorizo | 2# | $8.00 | 0.00 | 0.00 |
| | BANANA PUDDINE | 1/2 GAL | $8.00 | 0.00 | 0.00 |
| | CHEERWINE BACON JAM | 1 QT | $9.00 | 0.75 | 6.75 |
| | WHISKEY APPLE BUTTER | 1 QT | $14.21 | 0.50 | 7.11 |
| | | | | **TOTAL food in production** | **1155.06** |
| | **PRODUCE** | | | | |
| PACKER | AVOCADO HASS BRKNG FRESH | 1 / 60 CT | $37.50 | 0.25 | 9.38 |
| PACKER | BLACKBERRY FRESH | CLAM-EA | $3.85 | 5.00 | 19.25 |
| | diced tomato | 2 / 2.5 LB | $33.50 | 4.00 | 134.00 |
| | diced onion | 2 / 5 LB | $29.50 | 1.00 | 29.50 |
| | diced carrot | 5# | $6.25 | | 0.00 |
| | diced celery | 4 / 5 LB | $34.10 | 0.50 | 17.05 |
| | yukon | 50# | $27.50 | | 0.00 |
| | NAPPA CABBAGE | 5 # | $11.70 | 0.00 | 0.00 |
| | JICAMA | 3# | $6.00 | 2.00 | 12.00 |
| | ORANGE ZEST | 1 / 30 OZ | $32.70 | | 0.00 |
| PACKER | CARROT FRESH JUMBO | 1 / 25LB | $25.00 | 1.00 | 25.00 |
| PACKER | CELERY stick | 2 / 5 LB | $15.47 | 1.00 | 15.47 |
| SYS NAT | CILANTRO FRESH HERB | 1 LB | $9.50 | 0.50 | 4.75 |

| | | | | | |
|---|---|---|---|---|---|
| PACKER | carrot stick | 1 / 5 LB | $13.60 | | 0.00 |
| PACKER | CUCUMBER FRSH | 1 / 24 CT | $29.00 | 1.00 | 29.00 |
| SYS NAT | GARLIC WHL PLD | 1 / 5 LB | $23.90 | 1.10 | 26.29 |
| SYS CLS | LEMON CHOICE FRESH | 1 / 140 CT | $44.00 | 1.00 | 44.00 |
| SYS NAT | chopped romaine | 6 / 2 LB | $18.32 | 1.00 | 18.32 |
| | ROMAINE HEARTS | 12 / 3 PK | $56.50 | | 0.00 |
| PACKER | LIME FLORIDA FRESH | 1 / 10 LB | $11.50 | 1.00 | 11.50 |
| SYS IMP | ONION GREEN FRSH | 1 / 2 LB | $19.00 | 3.00 | 57.00 |
| PACKER | ONION SWEET FRSH | 1 / 40 LB | $45.00 | 0.75 | 33.75 |
| SYS IMP | SLAW MIX | 1 / 20 LB | $25.50 | | 0.00 |
| | RED BELL | EA | $2.10 | 8.00 | 16.80 |
| | GREEN BELL | EA | $1.00 | 8.00 | 8.00 |
| | baby kale | 3 lb | $21.25 | 1.00 | 21.25 |
| | diced cucumber | 2 / 5 LB | $29.90 | | 0.00 |
| | fajita mix | 5# | $19.95 | | 0.00 |
| | 1/4 cut potato | 5# | $12.45 | | 0.00 |
| | sliced yukon | 20# | $25.00 | | 0.00 |
| | spinach | 4/2.5# | $22.50 | 1.00 | 22.50 |
| | banana | 5 # | $6.95 | 2.00 | 13.90 |
| | HUMMUS | 2 / 4 LB | $32.42 | 0.25 | 8.11 |
| NATALIE | LEMON JUICE | 6 / 32 OZ | $31.29 | 16.00 | 500.64 |
| NATALIE | LIME JUICE | 6 / 32 OZ | $31.95 | 8.00 | 255.60 |
| | ICEBERG | 24 CT | $98.00 | 2.00 | 196.00 |
| SYS NAT | PARSLEY CLN/WASH FRESH HERB | 4/1 LB | $18.44 | 1.00 | 18.44 |
| MTG | DEMI | 1/16oz | $17.40 | 0.00 | 0.00 |
| PACKER | PEPPER JALAPENO FRESH | 1 / 10 LB | $15.50 | 1.00 | 15.50 |
| PACKER | POTATO SWEET #2 FRSH | 1 / 5 LB | $6.70 | 2.00 | 13.40 |
| SYS NAT | THYME FRESH HERB | 1 LB | $13.35 | 1.00 | 13.35 |
| SYS IMP | TOMATO 2 LAYER 5X5 FRESH | 1 / 50 CT | $30.50 | 1.50 | 45.75 |
| | | | | **TOTAL PRODUCE** | **1635.49** |
| | | DISPENSER BEVRG | | | |
| KICKEN | COFFEE COL 100% DECAF FINE W/ | 42/CS | $50.40 | 0.00 | 0.00 |
| KICKEN | TEA ICED AUTO BREW FLTR POUCH 3.5OZ | 20 / CS | $49.40 | 2.00 | 98.80 |
| KICKEN | COFFEE COL 100% FINE W/F | 36/CS | $43.20 | 1.00 | 43.20 |
| PEPSI | SYRUP DR. PEPPER | 1 / 5 GAL | $99.30 | 2.00 | 198.60 |
| PEPSI | SYRUP SIERRA MIST | 1 / 5 GAL | $99.30 | 2.00 | 198.60 |
| PEPSI | SYRUP CHEERWINE | 1 / 5 GAL | $85.00 | 0.00 | 0.00 |
| PEPSI | SYRUP LEMONADE TROPICANA | 1 / 5 GAL | $99.30 | 0.00 | 0.00 |
| PEPSI | SYRUP TONIC | 1 / 5 GAL | $99.30 | 1.00 | 99.30 |
| PEPSI | SYRUP GINGER ALE | 1 / 2.5 GAL | $59.12 | 1.00 | 59.12 |
| PEPSI | SYRUP SWEET & SOUR | 1 / 3 GAL | $93.70 | 2.00 | 187.40 |
| PEPSI | SYRUP CRANBERRY | 1 / 3 GAL | $139.50 | 0.00 | 0.00 |
| PEPSI | SYRUP PEPSI 5X1 BIB | 1 / 5 GAL | $99.30 | 3.00 | 297.90 |
| PEPSI | SYRUP PEPSI DIET 5.5X1 BIB | 1 / 5 GAL | $99.30 | 3.00 | 297.90 |
| PEPSI | SYRUP MTN DEW 5X1 BIB | 1 / 5 GAL | $99.30 | 1.00 | 99.30 |
| PEPSI | SYRUP MARGARITA MIX | 1 / 3 GAL | $93.70 | 0.00 | 0.00 |
| PEPSI | SYRUP ORANGE CRUSH 5X1 BIB | 1 / 5 GAL | $99.30 | 2.00 | 198.60 |
| PEPSI | SYRUP PINEAPPLE | 1 / 3 GAL | $139.50 | 0.00 | 0.00 |
| | | | | **TOTAL DISPENSER BEVRG** | **1778.72** |
| | | | | DAIRY | 1534.59 |
| | | | | MEATS | 654.05 |
| | | | | POULTRY | 2006.79 |
| | | | | FROZEN | 911.99 |
| | | | | CANNED & DRY | 4138.39 |
| | | | | SPICE | 2486.30 |
| | | | | SEAFOOD | 0.00 |
| | | | | PAPER & DISP | 2489.70 |
| | | | | CHEMICAL/JANITORIAL | 922.96 |
| | | | | FOOD IN PRODUCTION | 1155.06 |
| | | | | PRODUCE | 1635.49 |
| | | | | DISPENCER VEG | 1778.72 |
| | | | | | |
| | | | | INVENTORY | 19714.03 |

**Exhibit to Schedule A/B: Property**
**Part 8, Number 50**

| Kitchen Equipment | Quantity |
|---|---|
| Heat Lamps | 3 |
| Hood Systems (All) | 1 |
| Ovens | 2 |
| Flat Ops | 1 |
| Stoves | 1 |
| Fryers | 5 |
| Deli/Prep Coolers | 4 |
| Low Boy Coolers | 0 |
| Standing Coolers | 1 |
| Walk-In Coolers | 1 |
| Standing Freezers | 1 |
| Walk-In Freezers | 1 |
| Mixers | 3 |
| Kettles | 0 |
| Inductions Eyes | 2 |
| Induction Ovens | 0 |
| Salamanders | 1 |
| Off-Site Fryers | 0 |
| Ice Machines | 1 |

| Bar Equipment | Quantity |
|---|---|
| Service Wells | 2 |
| Ice Machines | 0 |
| Reach-In Coolers | 2 |
| Sliding-Door Coolers | 3 |
| Frozen Drink Machines | 3 |
| Draft System (# of Taps) | 24 |

| Furniture | Quantity |
|---|---|
| Merch Displays | 1 |
| Host Stands | 1 |
| Cupboards (PDR) | 0 |
| Chairs | 97 |
| Bar Stools | 59 |
| High Chairs | 4 |
| Tables (4 Seats or Less) | 20 |
| Tables (Large Format) | 9 |
| Patio Table (4 Seats or Less) | 0 |
| Patio Tables (Large Format) | 0 |
| Server Stations | 1 |
| Prep Tables | 2 |
| Expo Shelving | 1 |
| Liquor Cages | 1 |
| Dish Shelving | 3 |
| Dry Good/Paper Product Shelving | 8 |

| Audio/Visual | Quantity |
|---|---|
| System | 1 |
| Televisions | 14 |
| Speakers | 17 |
| Cameras | 12 |
| Monitors | 1 |
| Ipad (Controls) | 1 |

| Point of Sale | Quantity |
|---|---|
| KDS Screens | 1 |
| Terminals | 6 |
| Handhelds | 7 |
| Charging Stations | 2 |
| Cash Drawers | 2 |
| Printers | 10 |

| Office Furniture/Equipment | Quantity |
|---|---|
| Desks | 1 |
| Chairs | 2 |
| Computer | 2 |
| Printer | 1 |
| Shelving | 1 |