Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/6/2024



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **J & S CONCEPTS LLC;** | ) | Case No: 3:24-bk-00066 |
| **PARTY FOWL COOL SPRINGS LLC;** | ) | |
| **PARTY FOWL DESTIN LLC;** | ) | Chapter 11, Subchapter V |
| **PARTY FOWL DONELSON LLC;** | ) | Judge Randal S. Mashburn |
| **PARTY FOWL HAMILTON PLACE LLC;** | ) | |
| **PARTY FOWL MURFREESBORO LLC;** | ) | (Jointly Administered)[1] |
| | ) | |
| Debtors. | ) | |

**ORDER SETTING EXPEDITED HEARING ON EXPEDITED MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO: (A) OBTAIN POSTPETITION FINANCING ON A SENIOR SECURED SUPER-PRIORITY BASIS PURSUANT TO 11 U.S.C. § 364; (B) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS PURSUANT TO 11 U.S.C. § 361; (III) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b) AND (c); AND (IV) GRANTING RELATED RELIEF**

This matter is before the Court upon the Debtors' *Expedited Motion for Expedited Hearing* (the "Motion") on Debtors' *Expedited Motion for Interim and Final Orders (i) Authorizing the Debtors to: (A) Obtain Postpetition Financing on a Senior Secured Super-Priority Basis Pursuant to 11 U.S.C. § 364; (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (ii) Granting Adequate Protection to Prepetition Secured Lenders Pursuant to 11 U.S.C. §§ 361; (iii) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c); and (iv) Granting Related Relief* (the "DIP Motion") (Doc. No. 78).

It appearing to the satisfaction of the Court that cause exists to grant the Motion, it is hereby

**ORDERED** as follows:

1.    The Court will conduct an interim hearing on the DIP Motion on March 12, 2024, at 9:30 am in Courtroom 1, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

[1] The Debtors' respective tax identification numbers (last four digits) and case numbers are: J & S Concepts LLC, Tax ID No. 2361, at Case No. 24-0066; Party Fowl Cool Springs LLC, Tax ID No. 0522, at Case No. 24-0067; Party Fowl Destin LLC, Tax ID No. 4062, at Case No. 24-0068; Party Fowl Donelson LLC, Tax ID No. 4323, at Case No. 24-0069; Party Fowl Hamilton Place LLC, Tax ID No. 4514, at Case No. 24-0070; and Party Fowl Murfreesboro LLC, Tax ID No. 8304, at Case No. 24-0071.

2.    The Debtor shall serve a copy of this Order in the manner set forth in Paragraph 3 of the Motion.

3.    Service of this Order and the DIP Motion as ordered above satisfies the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

IT IS SO ORDERED.

---

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ R. Alex Payne
R. Alex Payne
Gray Waldron
Henry E. ("Ned") Hildebrand IV
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, Tennessee 37212
629.777.6539
alex@dhnashville.com
gray@dhnashville.com
ned@dhnashville.com
*Counsel for Debtor*s

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.