Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/7/2024



# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| J & S Concepts LLC, | ) | Case No. 3:24-bk-00066 |
| Party Fowl Cool Springs LLC, | ) | |
| Party Fowl Destin LLC, | ) | Chapter 11, Subchapter V |
| Party Fowl Donelson LLC, | ) | Judge Randal S. Mashburn |
| Party Fowl Hamilton Place LLC, and | ) | |
| Party Fowl Murfreesboro LLC, | ) | (Jointly Administered)[1] |
| | ) | |
| Debtors. | ) | |

## ORDER REGARDING VIRTUAL APPEARANCES FOR MARCH 12, 2024, EXPEDITED INTERIM HEARING ON DEBTORS' MOTION FOR APPROVAL OF POST-PETITION FINANCING AND USE OF CASH COLLATERAL

The Court has scheduled an expedited interim hearing on March 12, 2024, at 9:30 a.m., on Debtors' Expedited Motion for Interim and Final Orders (I) Authorizing the Debtors to: (A) Obtain Post-Petition Financing on a Senior Secured Super-Priority Basis Pursuant to 11 U.S.C. § 364; (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Prepetition Secured Lenders Pursuant to 11 U.S.C. § 361; (iii) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(b) and (c); and (iv) Granting Related Relief. The following governs this hearing:

---

[1] The Debtors' respective tax identification numbers (last four digits) and case numbers are: J & S Concepts LLC, Tax ID No. 2361, at Case No. 24-0066; Party Fowl Cool Springs LLC, Tax ID No. 0522, at Case No. 24-0067; Party Fowl Destin LLC, Tax ID No. 4062, at Case No. 24-0068; Party Fowl Donelson LLC, Tax ID No. 4323, at Case No. 24-0069; Party Fowl Hamilton Place LLC, Tax ID No. 4514, at Case No. 24-0070; and Party Fowl Murfreesboro LLC, Tax ID No. 8304, at Case No. 24-0071. All filings except proofs of claim are to be filed in the lead case of J & S Concepts LLC. Proofs of claims shall be filed under the case number of the Debtor(s) alleged to owe the debt.

1. The hearing will take place in Courtroom 1, Customs House, 701 Broadway, Nashville, Tennessee. Except as provided in paragraph 3 below or by other separate order, Debtors' counsel and any witness will be expected to appear in person. Any attorney who expects to examine or cross-examine a witness will be expected to appear in person, unless otherwise permitted by motion and order.

2. Any attorneys for creditors or other parties in interest who plan to participate in the hearing on any contested issue are encouraged to attend in person but will be allowed to participate by Zoom video due to the short notice of the hearing. Any attorney or party wishing merely to monitor the case or make a statement regarding an uncontested issue may also appear by Zoom video. Likewise, the Subchapter V Trustee has the option of appearing in person or by video. For video participation, advance registration is required.

3. The Debtors have filed a motion at Doc. 84 asking permission to have Austin Smith testify virtually at the hearing due to certain prior out-of-state commitments of Mr. Smith. For the reasons stated in the motion, Mr. Smith will be allowed to appear by Zoom video. However, this could potentially result in a continuance of the hearing until a date that Mr. Smith can appear in person if the Court determines that video participation does not prove to be an acceptable method of presenting Mr. Smith's evidence due to the nature of the testimony/cross-examination, the extent of contested issues, or matters relating to technology, transmission, or other concerns.

4. Any party allowed to appear virtually should register for Judge Mashburn's 7/11 docket on the date indicated. The link to register is:

https://www.tnmb.uscourts.gov/register-virtual-link.

IT IS SO ORDERED.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.